| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz.Esq<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for HSBC Bank USA, National Association As Trustee for The Holders Of The Certificates Issues By Deutsche Alt-B Securities, Mortagge Loan Trust, Series 2006-AB4 | |
| In Re:<br>Ana Orisini<br><br>                  Debtor | Case No: <u>16-10542 KCF</u><br><br>Chapter: <u>13</u><br><br>Judge: Kathryn C. Ferguson |

**NOTICE OF APPEARANCE**

       Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of HSBC Bank USA, National Association As Trustee for The Holders Of The Certificates Issued By Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

239 Henry Street South Amboy, NJ 08879

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date:10/12/2017

                                          **/s/ Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz, Esquire
                                          Denise Carlon, Esquire
                                          Brian C. Nicholas, Esquire
                                          **KML Law Group, P.C.**
                                          216 Haddon Avenue, Ste. 406
                                          Westmont, NJ 08108
                                          (609) 250-0700 (NJ)
                                          (215) 627-1322 (PA)
                                          FAX: (609) 385-2214

*new 8/1/15*

Attorney for Movant/Applicant

*new 8/1/15*