Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  16−10542−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ana Orisini
   1201 Ernston Road
   South Amboy, NJ 08879

Social Security No.:
   xxx−xx−2733

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 18, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 81 − 76
Order Granting Application to Employ Coral Shores Realty as Realtor (Related Doc # 76). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/18/2017. (slf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 18, 2017
JAN: slf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-10542-KCF
Ana Orisini                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 18, 2017
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
r            +Coral Shores Realty,    8320 W. Sunrise Blvd., #104,    Plantation, FL 33322-5434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
     Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
     Albert    Russo    docs@russotrustee.com
     Anthony    Sodono, III     on behalf of Debtor Ana    Orisini asodono@trenklawfirm.com
     Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, National Association As Trustee for The
      Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series
      2006-AB4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
     Jeanette F. Frankenberg     on behalf of Creditor    Seterus Inc. as servicer for Federal National
      Mortgage Association ("Fannie Mae") cmecf@sternlav.com
     Michele M. Dudas     on behalf of Debtor Ana    Orisini mdudas@trenklawfirm.com
     Miriam    Rosenblatt     on behalf of Creditor    Ocwen Loan Servicing LLC bkyecf@rasflaw.com,
      mrosenblatt@rasflaw.com
     Patrick O. Lacsina     on behalf of Creditor    Ocwen Loan Servicing LLC bmusarra@rasnj.com,
      bkyecf@rasflaw.com,legerman@rasnj.com
     Rebecca Ann Solarz     on behalf of Creditor    HSBC Bank USA, National Association As Trustee for
      The Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series
      2006-AB4 rsolarz@kmllawgroup.com
                                                                                                 TOTAL: 9