UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.
347 Mount Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Anthony Sodono, III
Michele M. Dudas
Counsel to Ana Orisini, Chapter 13 Debtor

Order Filed on December 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
ANA ORISINI

Case No.:    16-10542 (KCF)

Chapter:    13

Judge:    Kathryn C. Ferguson

## ORDER AUTHORIZING RETENTION OF

## CORAL SHORES REALTY AS REALTOR

The relief set forth on the following page is **ORDERED**.

**DATED: December 18, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Coral Shores Realty_____
as _____realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   8320 W. Sunrise Boulevard
   #104
   Plantation, FL 33322

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ana Orisini  
    Debtor

Case No. 16-10542-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 18, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.  
db         +Ana Orisini,   1201 Ernston Road,   South Amboy, NJ 08879-2068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2017 at the address(es) listed below:

      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo    docs@russotrustee.com  
      Anthony   Sodono, III    on behalf of Debtor Ana   Orisini asodono@trenklawfirm.com  
      Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association As Trustee for The Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Jeanette F. Frankenberg    on behalf of Creditor    Seterus Inc. as servicer for Federal National Mortgage Association ("Fannie Mae") cmecf@sternlav.com  
      Michele M. Dudas    on behalf of Debtor Ana   Orisini mdudas@trenklawfirm.com  
      Miriam   Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
      Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing LLC bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com  
      Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association As Trustee for The Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4 rsolarz@kmllawgroup.com

      TOTAL: 9