| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association As Trustee for The Holders of The Certificates Issued By Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4 | Order Filed on December 14, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   16-10542 KCF<br><br>Chapter: 13<br><br>Hearing Date: December 13, 2017<br>Judge:  Kathryn C. Ferguson |
| In Re:<br>     Orisini, Ana | |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 14, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association As Trustee for The Holders of The Certificates Issued By Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as Lot 13, Block 44,    239 Henry Street, South Amboy, NJ 08879**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-10542-KCF
Ana Orisini                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1           Date Rcvd: Dec 19, 2017
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
db            +Ana Orisini,    1201 Ernston Road,    South Amboy, NJ 08879-2068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Anthony   Sodono, III    on behalf of Debtor Ana   Orisini asodono@trenklawfirm.com
      Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association As Trustee for The
      Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series
      2006-AB4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor    Seterus Inc. as servicer for Federal National
      Mortgage Association ("Fannie Mae") cmecf@sternlav.com
      Michele M. Dudas    on behalf of Debtor Ana   Orisini mdudas@trenklawfirm.com
      Miriam   Rosenblatt    on behalf of Creditor   Ocwen Loan Servicing LLC bkyecf@rasflaw.com,
      mrosenblatt@rasflaw.com
      Patrick O. Lacsina    on behalf of Creditor   Ocwen Loan Servicing LLC bmusarra@rasnj.com,
      bkyecf@rasflaw.com,legerman@rasnj.com
      Rebecca Ann Solarz    on behalf of Creditor   HSBC Bank USA, National Association As Trustee for
      The Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series
      2006-AB4 rsolarz@kmllawgroup.com
                                                                                               TOTAL: 9