UNITED STATES BANKRUPTCY COURT

District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo

Cn 4853

Trenton, NJ  08650

(609) 587-6888

**Order Filed on February 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Ana Orisini

Debtor(s)

Case No.: 16-10542 / KCF

Hearing Date:  02/14/2018

Judge: Kathryn C. Ferguson

Chapter: 13

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: February 16, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 10/11/2017, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of  60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$6,242.00 PAID TO DATE

$555.00 for 35 months beginning 03/01/2018

**ORDERED** that the case is confirmed with a calculated plan funding of $25,667.00, which includes a minimum $10,000.00 dividend to general unsecured creditors due to non-exempt equity in property.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** that the debtor(s) is to complete a sale or refinance of property located at 8980 NW 14th Street  by May 31, 2018, and any non-exempt proceeds of said sale or refinance shall be paid to the Trustee for the benefit of creditors.

**ORDERED** that the claim of Lauderdale W Community Association, court claim #9-1, will be paid as if in the plan, and the Trustee is authorized to pay such claim.

**ORDERED** as follows:

NJ Division of Taxation shall be paid through the Chapter 13 Plan pursuant to the timely filed claims.

The Modified Plan is amended to pay a minimum of $10,000 to general unsecured creditors due to non-exempt equity in property.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-10542-KCF
Ana Orisini                                                                               Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Feb 16, 2018
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
db             +Ana Orisini,    1201 Ernston Road,    South Amboy, NJ 08879-2068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Anthony  Sodono, III    on behalf of Debtor Ana  Orisini asodono@trenklawfirm.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association As Trustee for The
          Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series
          2006-AB4 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Seterus Inc. as servicer for Federal National
          Mortgage Association ("Fannie Mae") cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
          Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
          the laws of the United States of America cmecf@sternlav.com
          Michele M. Dudas    on behalf of Debtor Ana  Orisini mdudas@trenklawfirm.com
          Miriam  Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing LLC bkyecf@rasflaw.com,
          mrosenblatt@rasflaw.com
          Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing LLC bmusarra@rasnj.com,
          bkyecf@rasflaw.com,legerman@rasnj.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association As Trustee for
          The Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series
          2006-AB4 rsolarz@kmllawgroup.com
                                                                          TOTAL: 10