Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−10542−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ana Orisini
   1201 Ernston Road
   South Amboy, NJ 08879

Social Security No.:
   xxx−xx−2733

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/3/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 3, 2018
JAN: ckk

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-10542-KCF
Ana Orisini                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2            Date Rcvd: Apr 03, 2018
                              Form ID: 148              Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.
```
db          +Ana Orisini,   1201 Ernston Road,   South Amboy, NJ 08879-2068
r           +Coral Shores Realty,   8320 W. Sunrise Blvd., #104,   Plantation, FL 33322-5434
cr          +Ocwen Loan Servicing LLC,   RAS Citron, LLC,   130 Clinton Road,   Suite 202,
              Fairfield, NJ 07004-2927
cr          +Seterus, Inc., as authorized sub-servicer for Fede,   Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
515941775   +1201 Ernston Road Realty, Inc.,   1201 Ernston Road,   South Amboy, NJ 08879-2068
515941777   +Assistant Attorney General,   Department of Justice - Tax Division,   Judiciary Center Bldg,
              555 4th Street, NW, Room 6126,   Washington, DC 20001-2733
515941778    Attorney General's Office,   State of New Jersey, Division of Law,
              Richard J. Hughes Justice Complex,   25 Market Street, PO Box 112,   Trenton, NJ 08625-0112
515941779    Estate of Esther Hanze,   1201 Ernston Road,   South Amboy, NJ 08879-2068
515941780   +Federal National Mortgage Association,   3900 Wisconsin Avenue NW,   Washington, DC 20016-2806
517091944   +HSBC Bank USA, N.A. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515941784   +JCP&L,   Corporate Headquarters,   76 South Main Street,   Akron, OH 44308-1812
516018518   #+Jersey Central Power & Light,   FirstEnergy,   331 Newman Spring Road, Bldg. 3,
              Red Bank  NJ 07701-6771
515941785   +John Jay Hoffman, Acting Atty General,   State of New Jersey, Division of Law,
              Hughes Justice Complex,   25 Market Street,   Trenton, NJ 08611-2148
516162825   +Lauderdale West Community,   Association No. 1, Inc.,   Michael R. Kassower, Esq.,
              7805 SW 6th Court,   Plantation FL 33324-3203
515941786   +Maria Sanis,   237 Henry Street,   South Amboy, NJ 08879-1701
515941787   +Mercer County Clerk,   209 S Broad Street,   Trenton, NJ 08608-2403
515941788   +Middlesex Water Co.,   1500 Ronson Road,   Iselin, NJ 08830-3020
515941789   +Office of Chief Counsel,   Internal Revenue Service,   SB/Se Division Counsel,
              One Newark Center, Suite 1500,   Newark, NJ 07102-5211
515941790   +Orisini Furniture Inc.,   1201 Ernston Road,   South Amboy, NJ 08879-2068
515941791   +Rodriguez,   239 Henry Street,   South Amboy, NJ 08879-1701
516074658  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Department of Treasury,
              Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
515941793    Solex & Solex Corp,   c/o Pavliv & Rihacek, LLC,   3536 Hwy 9S,   Suite 305,   Howell, NJ 07731
515941794   +State of New Jersey,   Division of Taxation-Gross Income Tax,   50 Barrack Street,   PO Box 269,
              Trenton, NJ 08602-0269
515941796   +State of New Jersey,   Division of Taxation,   Sales & Use Tax,   PO Box 999,
              Trenton, NJ 08606-0999
515941797   +State of New Jersey Department of Labor,   Attn: Stanley A. Cooper,
              Division of Employer Accounts,   PO Box 379,   Trenton, NJ 08625-0379
515941798    The Honorable Loretta E. Lynch,   Attorney Geenral of the United States,   US Dept. of Justice,
              950 Pennsylvania Avenue, NW,   Washington, DC 20530-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 23:35:07      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2018 23:35:05      United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515941776   +EDI: WFFC.COM Apr 04 2018 02:58:00      American Servicing Co,   PO Box 10388,
              Des Moines, IA 50306-0388
515972081    EDI: CAPITALONE.COM Apr 04 2018 02:58:00      Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
515941783    EDI: IRS.COM Apr 04 2018 02:58:00      Department of the Treasury,   Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
515964380   +Fax: 407-737-5634 Apr 04 2018 00:31:28      Ocwen Loan Servicing, LLC,   1661 Worthington Road,
              Suite 100,   West Palm Beach, FL 33409-6493
515952953    EDI: Q3G.COM Apr 04 2018 02:58:00      Quantum3 Group LLC as agent for,   Comenity Bank,
              PO Box 788,   Kirkland, WA  98083-0788
515941799   +E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 23:35:07      United States Attorney,
              for Internal Revenue Service,   970 Broad Street,   Fifth Floor,   Newark, NJ 07102-2534
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Internal Revenue Service,   PO Box 7346,   Philadelphia, PA  19101-7346
515941782*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   District Director,
              955 South Springfield Avenue,   PO Box 724,   Springfield, NJ 07081)
515941781*   Internal Revenue Service,   Special Procedures Branch,   Attention: Bankruptcy Section,
              P.O. Box 744,   Springfield, NJ 07081-0744
516099106*   Internal Revenue Service,   P.O. Box 7346,   Philadelphia  PA  19101-7346
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 03, 2018
                              Form ID: 148             Total Noticed: 34
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
515941795*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695-0245)
515941792     ##Seterus,   PO Box 2008,   Grand Rapids, MI 49501-2008
                                                                                 TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Anthony  Sodono, III    on behalf of Debtor Ana   Orisini asodono@trenklawfirm.com
         Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association As Trustee for The
          Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series
          2006-AB4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Jeanette F. Frankenberg    on behalf of Creditor    Seterus Inc. as servicer for Federal National
          Mortgage Association ("Fannie Mae") cmecf@sternlav.com
         Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
          Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
          the laws of the United States of America cmecf@sternlav.com
         Michele M. Dudas    on behalf of Debtor Ana   Orisini mdudas@trenklawfirm.com
         Miriam Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing LLC bkyecf@rasflaw.com,
          mrosenblatt@rasflaw.com
         Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing LLC bmusarra@rasnj.com,
          bkyecf@rasflaw.com,legerman@rasnj.com
         Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association As Trustee for
          The Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series
          2006-AB4 rsolarz@kmllawgroup.com
                                                                                              TOTAL: 10
```