UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

TRENK, DiPASQUALE
DELLA FERA & SODONO, P.C.
347 Mount Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Anthony Sodono, III (asodono@trenklawfirm.com)
Michele M. Dudas (mdudas@trenklawfirm.com)

Order Filed on April 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANA ORISINI

Case No.: 16-10542 (KCF)

Chapter: 13

Hearing Date: 03/28/2018

Judge: Kathryn C. Ferguson

## ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: April 3, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**

    This matter having come before the Court on Motion/Application of __Ana Orisini, Ch. 13 Debtor__, for an Order Dismissing/Converting Debtor's case, and good cause having been shown, it is hereby

    **ORDERED** as follows:

☒    case is dismissed.

☐    case is converted to a proceeding under Chapter 7.

☐    case is converted to a proceeding under Chapter 11.

☐    case is allowed to continue under Chapter 13 upon the following terms and conditions:

    ☐    (a) payments to the Trustee shall continue in the amount of _____ dollars/month for an additional _____ months;

    ☐    (b) Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

    ☐    (c) If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payment, with Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case shall be dismissed;

    ☐    (d) Other (ie, Counsel Fee Award or other relief to moving party)
_____
_____
_____

**Page 3**

Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

(a) $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b) $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

(c) Other: _____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ana Orisini  
    Debtor

Case No. 16-10542-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 03, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.  
db            +Ana Orisini,    1201 Ernston Road,    South Amboy, NJ 08879-2068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2018 at the address(es) listed below:

         Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert    Russo    docs@russotrustee.com  
         Anthony    Sodono, III    on behalf of Debtor Ana   Orisini asodono@trenklawfirm.com  
         Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association As Trustee for The Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Seterus Inc. as servicer for Federal National Mortgage Association ("Fannie Mae") cmecf@sternlav.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com  
         Michele M. Dudas    on behalf of Debtor Ana   Orisini mdudas@trenklawfirm.com  
         Miriam    Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
         Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing LLC bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com  
         Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association As Trustee for The Holders of The Certificates Issues By Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4 rsolarz@kmllawgroup.com

                                                                                                                                                               TOTAL: 10